```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :

        - against -                :        ORDER

ANGEL FLORES,                      :        97-CR-817-3 (DC)

        Defendant.

- - - - - - - - - - - - - - - - - -x
```

**CHIN, Circuit Judge:**

Defendant Angel Flores has filed a motion for compassionate release. Dkt. No. 611. It is hereby ORDERED as follows:

(1) The Government shall respond to the motion by May 25, 2021; and

(2) If Mr. Flores wishes to submit reply papers, he shall do so by June 8, 2021.

The Clerk of Court is directed to mail a copy of this Order to Mr. Flores and to the Government at the addresses listed below.

SO ORDERED.

Dated:   New York, New York
         May 11, 2021

                                    ___s/Denny Chin_____
                                    DENNY CHIN
                                    United States Circuit Judge
                                    Sitting by Designation

To:	Angel Flores 40795-054
	FCI Gilmore, B-2 UNIT
	P.O. Box 60000000
	Glenville, W.V. 26351

	Nathan Martin Rehn, Esq.
	U.S. Attorney's Office, SDNY
	One St. Andrew's Plaza
	New York, NY 10007